U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP - 1 2005

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| RYAN D. RUSSELL, SR. | CIVIL ACTION NO. 05-583-P |
| VERSUS | JUDGE HICKS |
| RED RIVER PARISH JAIL, ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM JUDGMENT

Before the Court is Plaintiff's civil rights complaint (Document 1), alleging that prison officials violated his civil rights when they opened "returned letters" outside of his presence. In his objections to the Report and Recommendation of the Magistrate Judge (Document 7), the Plaintiff contends that the actions of the prison officials violated the Red River Parish Jail's "Inmate Rules and Regulations," which states in pertinent part:

> Incoming mail from courts, recognized attorneys-at-law, governmental agencies and elected officials (legal/privileged mail) may be opened for inspection, but only in the presence of the inmate recipient and without being read for content.

(Id. at 4). Plaintiff claims that the afore-mentioned rule applies to the mail at issue in the instant case because the mail had been sent to the "United States Federal Information Center" and was returned to him as "not deliverable as addressed." (Document 7 at 1-2). The Court finds that the afore-mentioned rule does not apply to the instant case, as the so-called "United States Federal Information Center" does not appear to be a legitimate governmental agency.

Further, the mail was not truly incoming mail from a governmental agency, insomuch as the letters were simply being returned to the Plaintiff.

Accordingly, for the reasons stated in this memorandum judgment and in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers in Shreveport, Louisiana, on this 12th day of September, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE